**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **TABITHA ZADI** | : | **CIVIL ACTION NO. 2:25-cv-00308** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **DENNYS INC ET AL** | : | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

Before the court is a Report and Recommendation [Doc. 11] of the Magistrate Judge, recommending that the Motion to Remand [doc. 8] filed by plaintiff be granted.

The Report and Recommendation of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's Motion to Remand [doc. 8] be **GRANTED** and the instant case be **REMANDED** to the state court from which it was removed.

**IT IS FURTHER ORDERED** that Defendants' request for limited jurisdictional discovery [doc. 10, p. 6] is **DENIED**.

**THUS DONE AND SIGNED** in Chambers on this 6th day of April, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**